

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

KELVIN WARREN,

    Plaintiff,

vs.

MARK CROSBY; Sgt. MARTIN;
FNUK GLASS; FNUK ANDERSON;
ROBERT SMITH; R. SMITH; GREG
DOUBERLY; FNUK HENDERSON;
GEORGE ROBBINS, Nurse; FNUK
ROBERSON; Nurse BECKY; FNUK
THOMPSON, and Dr. THOMAS
FERRELL,

    Defendants.

CIVIL ACTION NO. CV504-085

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

The Motion for Summary Judgment filed by Defendants Robert Smith, Douberly, Robbins, Lowman, and Ferrell is **GRANTED**. Plaintiff's claims against those Defendants are **DISMISSED**.

SO ORDERED, this 5th day of DECEMBER, 2005.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)