IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 JUL 12 PM 2: 29

CLERK _____
SO. DIST. OF GA.

KELVIN WARREN,

    Plaintiff,

vs.

MARK CROSBY; Sgt. MARTIN;
FNUK GLASS; FNUK ANDERSON;
R. SMITH; FNUK HENDERSON;
FNUK ROBERSON, and FNUK
THOMPSON,

    Defendants.

CIVIL ACTION NO. CV504-085

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

The Motion for Summary Judgment filed by Defendants Crosby, Martin, Glass, Henderson, Roberson, and Thompson is **GRANTED**. Plaintiff's claims against Defendants Martin, Glass, Henderson, Robertson, and Thompson are **dismissed**. Plaintiff's due process and unconstitutional living conditions claims against Defendant Crosby remain pending.

**SO ORDERED**, this 12th day of July, 2006.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)